**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **5:90-CR-3 (WDO)** |
| **JERRY JEROME ANDERSON,** : | **(GMF)** |
| : | |
| **Defendant** : | |

**ORDER**

Having carefully considered the Magistrate Judge's Report and Recommendation to deny Defendant's Motion for Relief from Judgment, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

**SO ORDERED this 12th day of April 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**