**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **5:90-CR-3 (WDO)** |
| **JERRY JEROME ANDERSON,** : | |
| : | |
| **Defendant** : | |

**ORDER**

This matter is before the Court on Defendant's motion for modification of sentence based on Amendment 668 to the U.S. Sentencing Guidelines. Because Amendment 668 has not been made retroactively applicable, and Defendant has presented no other argument or evidence in support of a sentencing modification, his Motion for Modification of Sentence is DENIED. See U.S.S.G. §1B1.10(c).

SO ORDERED this 27th day of October, 2005.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**